# United States Bankruptcy Court
## Western District of North Carolina

FRANK SAMUEL & TAMMY MURRAY JOHNSON  
PO BOX 301  
SPRUCE PINE, NC 28777

Case No.: 06-10770  
SS #1: XXX-XX-3765  
SS #2: XXX-XX-0709

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 12 | 07 | 06 | The Plan was confirmed on | 02 | 07 | 07 | The Case was concluded on | 03 | 04 | 10 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $    10,915.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| AT&T | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BADCOCK | 002 | Secured | 1,465.00 | 1,465.00 | 155.97 | 0.00 |
| ECAST SETTLEMENT CORP ASS | 003 | Unsecured | 2,064.33 | 784.45 | 0.00 | 0.00 |
| CITIBANK MASTERCARD | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIFINANCIAL | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DAVID HEATON | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DELL FINANCIAL | 007 | Secured | 500.00 | 500.00 | 53.26 | 0.00 |
| DIRECT MERCHANTS BANK | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FINGERHUT | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FINGERHUT | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| IC SYSTEMS, INC | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 012 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| KROSS LIBERMAN & STONE | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MITCHELL COUNTY TAX COLL | 014 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| MITCHELL CREDIT CO | 015 | DirectPay | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT OF REVENUE | 016 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| SEARS | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SPRUCE PINE COMM HOSPITAL | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| I C. SYSTEMS, INC/OBO TA | 019 | Unsecured | 204.20 | 77.60 | 0.00 | 0.00 |
| U S ATTORNEYS OFFICE | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WACHOVIA | 021 | DirectPay | 65,848.02 | 0.00 | 0.00 | DirectPay |
| WACHOVIA BANK | 022 | Unsecured | 4,297.39 | 1,633.01 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP ASS | 023 | Unsecured | 975.42 | 370.66 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP ASS | 024 | Unsecured | 3,314.01 | 1,259.32 | 0.00 | 0.00 |
| HERITAGE FAMILY FUNERAL S | 025 | Unsecured | 1,975.70 | 750.77 | 0.00 | 0.00 |
| HERITAGE BILLING SERVICES | 026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WEBB FUNERAL HOME | 027 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HOUSEHOLD BANK (SB), NA | 028 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANK SAMUEL & TAMMY MURR | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| T BENTLEY LEONARD | 799A | Attorney | 247.50 | 247.50 | 0.00 | 0.00 |

# United States Bankruptcy Court
Western District of North Carolina

FRANK SAMUEL & TAMMY MURRAY JOHNSON  
PO BOX 301  
SPRUCE PINE, NC 28777

Case No.: 06-10770  
SS #1: XXX-XX-3765  
SS #2: XXX-XX-0709

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 12 | 07 | 06 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 02 | 07 | 07 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 03 | 04 | 10 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $   10,915.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| FRANK SAMUEL & TAMMY MURR | 999 | Refund | 11.38 | 11.38 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 67,813.02 | 0.00 | 12,831.05 | 0.00 | 11.38 | 80,655.45 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 1,965.00 | 0.00 | 4,875.81 | 0.00 | 11.38 | 6,852.19 | |
| INTEREST PAID | 209.23 | 0.00 | 0.00 | 0.00 | 0.00 | 209.23 | 7,061.42 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| T BENTLEY LEONARD | 3,000.00 | 3,000.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES 25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 426.79 | 426.79 | 0.00 | 853.58 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

David G Gray

| JOHNSON, FRANK SAMUEL<br>20 AURTHER AUTREY DRIVE<br>SPRUCE PINE, NC 28777- | JOHNSON, TAMMY MURRAY<br>20 AURTHER AUTREY DRIVE<br>SPRUCE PINE, NC 28777- | PERIOD COVERED THIS REPORT<br>MONTH ENDING<br>03-05-10 TO 07-13-10<br>TRUSTEE 5Y<br>David G. Gray | DATE FILED: 12/07/06<br>LATEST 341: 01/10/07<br>ORIGINAL 341: 01/10/07<br>CONFIRMED: 02/07/07 | UNSECURED PAID AT 38.%<br>BASE AMOUNT NONE<br>PLAN UNSECURED NONE<br>MONTHLY BASE NONE | CASE #: 0610770<br>PRINTED #: 06-10770 |
|---|---|---|---|---|---|
| SS#: XXX-XX-3765 | SS#:XXX-XX-0709 | | | | COMP% MIN BALANCE 3.2500 25.00<br>EXP% 3.2500<br>DELINQ -178.62<br>Since Full PYMT 1 Months |

| 12-2006 TO | 275.00 MONTHLY | | | | | | |
|---|---|---|---|---|---|---|---|
| Period | Tran Date | Source | | Funds In | Funds Out | Source | Tran date | Period | Funds In | Funds Out | Trans Type |
| 10 03 | 02-16-10 | Cc 013838 | | 275.00 | | | | | | | Receipt |
| | 03-01-10 | 13958 CASHIER | | 190.00 | | | | | | | Receipts |

| CLAIM | | | AMOUNT<br>EARMARK(@)<br>SCHED(*)<br>OR LIMIT(#) | | FIXED<br>PAYMENT | INTEREST | | CLAIMED<br>(PAY %) | PRIN PAID<br>INT PAID | PRIN DUE<br>INT DUE | CREDITOR DISBURSEMENTS: P/Prewrite,C/Cancel,R/Return,I/Xfr In,O/Xfr Out,*/Last | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REF | CREDITOR'S NAME | | | | | | | | | | MO CHECK# AMOUNT | MO CHECK# AMOUNT | MO CHECK# AMOUNT |
| 001 12 | 3 AT&T | 33 | | PR | | | | 5,700.00 | 0.00 | Not Filed | | | |
| 002 4 | 1 BADCOCK<br>PYMTS $45.00 | 24 | | PR | | 10.2500%<br>12-07-06 | | 1,465.00 | 1,465.00<br>155.97 | Paid 09-05-08 | | | |
| 003 13 | 3 ECAST SETTLEMENT COR<br>CHASE CUSTOMER SERVI | 33 | | PR | | | | 2,064.33 | 784.45 | Paid 03-05-10 | 10-03 804631 70.85 | | |
| 004 18 | 3 CITIBANK MASTERCARD<br>NOTICE | 33 | | PR | | | | 0.00 | 0.00 | Not Filed | | | |
| 005 14 | 3 CITIFINANCIAL | 33 | | PR | | | | 8,747.00 | 0.00 | Not Filed | | | |
| 006 26 | 3 DAVID HEATON<br>CO-DEBTOR | 33 | | PR | | | | 0.00 | 0.00 | Not Filed | | | |
| 007 5 | 1 DELL FINANCIAL<br>PYMTS $15.00 | 24 | | PR | | 10.2500%<br>12-07-06 | | 500.00 | 500.00<br>53.26 | Paid 09-05-08 | | | |
| 008 17 | 3 DIRECT MERCHANTS BAN<br>NOTICE | 33 | | PR | | | | 0.00 | 0.00 | Not Filed | | | |
| 009 15 | 3 FINGERHUT | 33 | | PR | | | | 1,100.00 | 0.00 | Not Filed | | | |
| 010 16 | 3 FINGERHUT<br>NOTICE | 33 | | PR | | | | 0.00 | 0.00 | Not Filed | | | |
| 011 23 | 3 IC SYSTEMS, INC<br>NOTICE | 33 | | PR | | | | 0.00 | 0.00 | Not Filed | | | |
| 012 8 | 2 INTERNAL REVENUE SER | 30 | | PR | | | | 0.00 | 0.00 | Not Filed | | | |
| 013 21 | 3 KROSS LIBERMAN & STO<br>NOTICE | 33 | | PR | | | | 0.00 | 0.00 | Not Filed | | | |

| SUMMARY<br>TO DATE | RECEIPTS<br>TO DATE | REFUND<br>RECEIPTS | PRIORITY<br>(CLASS 2 & 4) | UNSECURED<br>(CLASS 3,5,6,7,8) | FILING<br>FEES | CLERK'S<br>FEES | ADMINISTRATIVE<br>(CLASS A) | OTHER<br>COSTS | TRUSTEE<br>COMP | TRUSTEE<br>EXP | ATTORNEY<br>(CLASS 9) | EST. INT. DUE<br>ALL CLASSES | DEBTOR<br>ATTY | EST. UNPAID<br>TRUSTEE COMP | CREDITORS<br>PRINCIPAL | CREDITORS<br>INTEREST | EST. UNPAID<br>TRUSTEE EXP | REFUND<br>CLOSING | NEEDED TO<br>COMPLETE BASE | UNALLOCATED<br>FUNDS | NEEDED TO<br>COMPLETE CLAIMS | FUNDS ON<br>HAND | EST PAYOFF LEFT<br>(MONTHS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BALANCES<br>STILL DUE | SECURED<br>(CLASS 1) | | | | | | | | | | | | | | | | | | | | | | |

PAGE 1

| JOHNSON, FRANK SAMUEL<br>20 AURTHER AUTREY DRIVE<br>SPRUCE PINE, NC 28777-<br>SS#: XXX-XX-3765 | JOHNSON, TAMMY MURRAY<br>20 AURTHER AUTREY DRIVE<br>SPRUCE PINE, NC 28777-<br>SS#:XXX-XX-0709 | PERIOD COVERED THIS REPORT<br>MONTH ENDING<br>03-05-10 TO 07-13-10<br>TRUSTEE 5Y<br>David G. Gray | DATE FILED: 12/07/06<br>LATEST 341: 01/10/07<br>ORIGINAL 341: 01/10/07<br>CONFIRMED: 02/07/07 | UNSECURED PAID AT 38.%<br>BASE AMOUNT NONE<br>PLAN UNSECURED NONE<br>MONTHLY BASE NONE | CASE #: 0610770<br>PRINTED #: 06-10770 |
|---|---|---|---|---|---|

| COMP% | MIN BALANCE |
|---|---|
| 3.2500 | 25.00 |
| EXP% | DELINQ |
| 3.2500 | -178.62 Since Full PYMT 1 Months |

| Period | Tran Date | Source | Funds In | Funds Out | Trans Type |
|---|---|---|---|---|---|

| CLAIM | | AMOUNT EARMARK(@) SCHED(*) OR LIMIT(#) | REFUND RECEIPTS | UNSECURED (CLASS 3,5,6,7,8) | FILING FEES | FIXED PAYMENT | INTEREST | CLAIMED (PAY %) | PRIN PAID INT PAID | PRIN DUE INT DUE | Tran date | CREDITOR DISBURSEMENTS: P/Prewrite,C/Cancel,R/Return,I/Xfr In,O/Xfr Out,*/Last | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REF | CREDITOR'S NAME | | | | | | | | | | | MO | CHECK# | AMOUNT |
| 014 10 | 2 MITCHELL COUNTY TAX C | | | 30 | PR | | | 0.00 | 0.00 | Not Filed | | | | |
| 015 6 | 1 MITCHELL CREDIT CO DIRECT BY ANOTHER | | | 25 | PR | | | 0.00 | 0.00 | Direct Pay | | | | |
| 016 9 | 2 NC DEPT OF REVENUE | | | 30 | PR | | | 0.00 | 0.00 | Not Filed | | | | |
| 017 19 | 3 SEARS | | | 33 | PR | | | 2,353.00 | 0.00 | Not Filed | | | | |
| 018 20 | 3 SPRUCE PINE COMM HOS | | | 33 | PR | | | 994.00 | 0.00 | Not Filed | | | | |
| 019 22 | 3 I. C. SYSTEMS, INC/OBO T | | | 33 | PR | | | 204.20 | 77.60 | Paid 03-05-10 | 10-03 | 804840 | 7.01 |
| 020 11 | 3 U S ATTORNEYS OFFICE NOTICE | | | 33 | PR | | | 0.00 | 0.00 | Not Filed | | | | |
| 021 7 | 1 WACHOVIA DIRECT | | | 25 | PR | | | 65,848.02 | 0.00 | Direct Pay | | | | |
| 022 24 | 3 WACHOVIA BANK | | | 33 | PR | | | 4,297.39 | 1,633.01 | Paid 03-05-10 | 10-03 | 805237 | 147.48 |
| 023 25 | 3 ECAST SETTLEMENT COR WALMART | | | 33 | PR | | | 975.42 | 370.66 | Paid 03-05-10 | 10-03 | 804618 | 33.48 |
| 024 28 | 3 ECAST SETTLEMENT COR | | | 33 | PR | | | 3,314.01 | 1,259.32 | Paid 03-05-10 | 10-03 | 804631 | 113.73 |
| 025 29 | 3 HERITAGE FAMILY FUNER ADDED 5-2-07 | | | 33 | PR | | | 1,975.70 | 750.77 | Paid 03-05-10 | 10-03 | 804806 | 67.80 |
| 026 30 | 3 HERITAGE BILLING SERVI NOTICE/ADDED 5-30-07 | | | 33 | PR | | | 0.00 | 0.00 | Not Filed | | | | |

| SUMMARY TO DATE | RECEIPTS TO DATE | PRIORITY (CLASS 2 & 4) | REFUND RECEIPTS | UNSECURED (CLASS 3,5,6,7,8) | FILING FEES | CLERK'S FEES | OTHER COSTS | ADMINISTRATIVE (CLASS A) | ATTORNEY (CLASS 9) | TRUSTEE COMP | TRUSTEE EXP | EST. INT. DUE ALL CLASSES | DEBTOR ATTY | EST. UNPAID TRUSTEE COMP | CREDITORS PRINCIPAL | EST. UNPAID TRUSTEE EXP | CREDITORS INTEREST | REFUND CLOSING | NEEDED TO COMPLETE BASE | UNALLOCATED FUNDS | NEEDED TO COMPLETE CLAIMS | FUNDS ON HAND | EST PAYOFF LEFT (MONTHS) |
| BALANCES STILL DUE | SECURED (CLASS 1) | | | | | | | | | | | | | | | | | | | | | | |

PAGE 2

| JOHNSON, FRANK SAMUEL | JOHNSON, TAMMY MURRAY | PERIOD COVERED THIS REPORT | DATE FILED: 12/07/06 | UNSECURED PAID AT 38.% | CASE #: 0610770 |
| --- | --- | --- | --- | --- | --- |
| 20 AURTHER AUTREY DRIVE | 20 AURTHER AUTREY DRIVE | MONTH ENDING | LATEST 341: 01/10/07 | BASE AMOUNT NONE | PRINTED #: **06-10770** |
| SPRUCE PINE, NC 28777- | SPRUCE PINE, NC 28777- | 03-05-10 TO 07-13-10 | ORIGINAL 341: 01/10/07 | PLAN UNSECURED NONE | |
| SS#: XXX-XX-3765 | SS#:XXX-XX-0709 | TRUSTEE 5Y  David G. Gray | CONFIRMED: 02/07/07 | MONTHLY BASE NONE | |

| COMP% | MIN BALANCE |
| --- | --- |
| 3.2500 | 25.00 |
| EXP% | DELINQ |
| 3.2500 | -178.62 |
| | Since Full PYMT |
| | 1 Months |

| Period | Tran Date | Source | Funds In | Funds Out | Trans Type |
| --- | --- | --- | --- | --- | --- |

| CLAIM REF | CREDITOR'S NAME | AMOUNT EARMARK(@) SCHED(*) OR LIMIT(#) | FIXED PAYMENT | INTEREST | CLAIMED (PAY %) | PRIN PAID / INT PAID | PRIN DUE / INT DUE | Period | Tran date | Source | CREDITOR DISBURSEMENTS: P/Prewrite,C/Cancel,R/Return,I/Xfr In,O/Xfr Out,*/Last | | | | | Funds In | Funds Out | Trans Type |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | MO | CHECK# | AMOUNT | MO | CHECK# | AMOUNT | | |
| 027 31 | 3 WEBB FUNERAL HOME NOTICE/ADDED 5-2-07 | 33 | | PR | 0.00 | 0.00 / | Not Filed / | | | | | | | | | | | |
| 028 32 | 3 HOUSEHOLD BANK (SB), NOTICE | 33 | | PR | 0.00 | 0.00 / | 0.00 / | | | | | | | | | | | |
| 777 1 | 8 Debtor(s) Debtor Refund | 98 | | PR | Continuing | Continuing / | Continuing / | | | | | | | | | | | |
| 799 2 | 9 T BENTLEY LEONARD Attorney of Record | 24 | | PR | 2,752.50 | 2,752.50 / | Paid 09-05-08 / | | | | | | | | | | | |
| 799A 27 | 9 T BENTLEY LEONARD | 23 | | PR | 247.50 | 247.50 / | Paid 03-02-07 / | | | | | | | | | | | |
| 881 3 | 7 DAVID G. GRAY, TRUSTEE OTHER COST | 11 | | PR | 0.00 | 0.00 / | 0.00 / | | | | | | | | | | | |
| 999 33 | 8 Debtor(s) | 99 | | PR | Continuing | 11.38 / | Continuing / | | | | 10-03 | 805324 | 11.38 | | | | | |

********************Closed on:03-04-10 Reason:PAID Plan Completed

| SUMMARY TO DATE | RECEIPTS TO DATE 10,915.00 | REFUND RECEIPTS 0.00 | PRIORITY (CLASS 2 & 4) 0.00 | FILING FEES 0.00 | UNSECURED (CLASS 3,5,6,7,8) 0.00 | CLERK'S FEES 0.00 | OTHER COSTS 0.00 | TRUSTEE COMP 426.79 | TRUSTEE EXP 426.79 | DEBTOR ATTY 3,000.00 | CREDITORS PRINCIPAL 6,840.81 | CREDITORS INTEREST 209.23 | REFUND CLOSING 11.38 | UNALLOCATED FUNDS 0.00 | FUNDS ON HAND 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BALANCES STILL DUE | SECURED (CLASS 1) 0.00 | | | | | ADMINISTRATIVE (CLASS A) 0.00 | | ATTORNEY (CLASS 9) 0.00 | EST. INT. DUE ALL CLASSES 0.00 | | EST. UNPAID TRUSTEE COMP 0.00 | EST. UNPAID TRUSTEE EXP 0.00 | NEEDED TO COMPLETE BASE 0.00 | NEEDED TO COMPLETE CLAIMS 0.00 | EST PAYOFF LEFT (MONTHS) 00 |

PAGE 3 OF 3